UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JESSICA GONZALEZ, | No. 5:20-cv-02656-JDE |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | 28 U.S.C. § 2412(d) |
| Defendant. | |

Based upon the parties' Stipulation (Dkt. 23), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $7,495.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: February 07, 2022

_____

JOHN D. EARLY
United States Magistrate Judge